AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DANIEL TAYLOR JORDAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-069

ANDREW SAUL, Commissioner of
Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 27, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, the Commissioner's decision is hereby AFFIRMED and Judgment is ENTERED in favor of the Commissioner.  This case stands CLOSED.



| | |
|---|---|
| 05/27/2020 | John E. Triplett, Acting Clerk |
| *Date* | *Clerk* |
| | *Jamie Hodge* |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03